David Davidson, Esq. SBN 215969
ddavidson@ohaganmeyer.com
O'HAGAN MEYER LLP
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92660
Telephone: (949) 942-8500
Facsimile: (949) 942-8510

Attorney for Defendant,
WALMART, INC.

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GONZALEZ, an individual, | CASE NO. |
| Plaintiffs, | Underlying Case No. 22CV011826 (Alameda County Superior Court) |
| v. | |
| WALMART, INC., a Delaware corporation; and DOES 1-10, inclusive, | **DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, 1446 (DIVERSITY) AND DECLARATION OF DAVID DAVIDSON, ESQ** |
| Defendant. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendant, WALMART, INC., ("Defendant"), a Delaware Corporation, hereby removes this action from Superior Court of the State of California, County of Alameda to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 on the basis of diversity.

This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a) on the grounds that complete diversity exists between all parties and the amount in

controversy exceeds the sum of $75,000, exclusive of interest and costs.  Plaintiff MICHELLE GONZALEZ is a resident, citizen and domiciliary of the State of California. Plaintiff MICHELLE GONZALEZ is a resident, citizen and domiciliary of the State of California. Defendant is a Delaware corporation with its principal place of business in the State of Arkansas.

## INTRODUCTION

1.     On May 26, 2022, plaintiff MICHELLE GONZALEZ ("Plaintiff") commenced this action by filing a complaint in the Superior Court of the State of California in and for the County of Alameda, entitled *Michelle Gonzalez, an individual v. Walmart, Inc., a Delaware corporation, and DOES 1-10, inclusive*," as Case Number 22CV011826.  Plaintiff alleges three causes of action for negligence and premises liability arising out of a trip and fall accident that is alleged to have occurred on August 22, 2020, in Alameda County, California.

2.     Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings and documents filed and served to date on Defendant Walmart, Inc. in this action are attached hereto, collectively, as **Exhibit A.**

3.     The Complaint was served on Defendant Walmart, Inc. on July 1, 2022. This Notice of Removal is thus timely pursuant to 28 U.S.C. § 1446(b) because it is being made within thirty (30) days after service of the initial Complaint on Defendant.

4.     This Notice of Removal is also timely under 28 U.S.C. § 1446(b) since it is being filed within one (1) year of the commencement of this action.

## BASIS FOR REMOVAL

5.     This Court has subject matter jurisdiction under 28 U.S.C. § 1332,

**DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, 1446 (DIVERSITY)**

which confers original jurisdiction of "all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between … citizens of different States and in which citizens or subjects of a foreign state are additional parties[.]"

6.      At the time of filing her complaint, Plaintiff was a resident and citizen of the State of California, County of Alameda. (Davidson Dec., ¶ 3.)

7.      Defendant is a citizen of the Delaware where it was incorporated with its principal place of business in the State of Arkansas. (Id. at ¶ 4.)

8.      There are no other named defendants in the case. The defendants identified as "Does 1 through 10" in Plaintiff's Complaint are merely fictitious parties who have not been identified.

9.      The inclusion of "Doe" defendants in the state court Complaint has no effect on removability.  In determining whether diversity of citizenship exists, only the named defendants are considered.  (See *Newcombe v. Adolf Coors Co.*, 157 F.3d 686, 690-91 (9th Cir. 1998); see also *Olive v. Gen. Nutrition Ctrs., Inc.*, No. 2:12-cv-04297-ODW, 2012 WL 2006389, at *1 (C.D. Cal. June 5, 2012); *Marsikyan v. Porsche Cars N. Am., Inc.*, No. CV 11-09411 SJO, 2012 WL 280585, at *2 (C.D. Cal. Jan. 30, 2012).

10.      In determining whether the parties are diverse under 28 U.S.C. § 1441(b), "the citizenship of defendants sued under fictitious names shall be disregarded." (See also, *Goldsmith v. CVS Pharmacy, Inc.*, CV 20-0750-AB (JCx), 2020 WL 1650760 (C.D. Cal. April 3, 2020); *Soliman v. Philip Morris Inc.*, 311 F.3d 966, 971 (9th Cir. 2002)). The presumption remains that Congress said what it meant and meant when it said when it wrote 28 U.S.C. § 1441(b) to require that the

citizenship of fictitious defendants be ignored when considering diversity jurisdiction. The Ninth Circuit was clear when it indicated the same. (See *Soliman*, 311 F.3d at 966.) The parties are accordingly completely diverse, and jurisdiction is proper.

11.     Plaintiff's Complaint does not specify the amount of damages sought by way of her action. Pursuant to California Code of Civil Procedure §§ 425.10 and 425.11, a plaintiff in a personal injury action is not permitted to include a specific damages prayer in her complaint.

12.     On July 2, 2022, Plaintiff served Statement of Damages with the Complaint claiming in excess of $3,000,000 in general damages and $273,479.92 in special damages. (Id. at ¶ 2.) Therefore, the amount of damages exceeds $75,000.00.

13.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which many be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs because Plaintiff has alleged damages in excess of $2,000,000.00. (Davidson Dec., ¶ 2-4.)

14.     Thus, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removal of this action from the Superior Court of California, County of Alameda to the United States District Court for the Northern District of California is appropriate.

15.     The removal of this action to this Court is proper under 28 U.S.C. § 1441(a) inasmuch as the Superior Court of the State of California, County of Alameda, where this action was originally filed, is located within this federal judicial district. Also, both the place of Plaintiff's residence/domicile and the

location of the accident at issue are located in the County of Alameda in the State of California. (Davidson Dec., ¶ 3.)

16.    This Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

17.    Counsel for Defendant hereby certifies that they will file a true and correct copy of this Notice of Removal with the Clerk of the Superior Court of California, County of Alameda, as required by 28 U.S.C. § 1446, and give notice of same to Plaintiff.

18.    No previous application for the relief sought herein has been made to this Court or any other Court.

**WHEREFORE,** Defendant hereby removes this action from the Superior Court of the State of California, County of Alameda to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

DATED: July 29, 2022                          O'HAGAN MEYER

                                              By: _____
                                                  David Davidson
                                                  Attorney for Defendant,
                                                  WALMART INC.

**DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, 1446 (DIVERSITY)**

## DECLARATION OF DAVID DAVIDSON, ESQ.

I, David Davidson, declare as follows:

1.      I am an attorney duly authorized and licensed to practice before this Court, as well as all courts of the State of California, Washington and Iowa. I am an attorney with the law firm of O'Hagan Meyer, counsel of record for defendant WALMART, INC., a Delaware Corporation ("Walmart") in the above-captioned matter.   The information stated herein is true and correct and of my personal knowledge, unless stated on information and belief.  If called as a witness, I could and would testify competently to the matters declared herein.

2.      As a result of the subject fall, Plaintiffs Michelle Gonzalez ("Plaintiff") alleged in a Statement of Damages that was served on July 1, 2022 with the Complaint general damages in excess of $3,000,000.00 and special damages in excess of $273,479.92.

3.      According to the Complaint prepared and submitted by Plaintiff, she resides in Orange County, California. I am informed and believe she has been a citizen of the State of California at all relevant times, from the date of the incident up to and including the time she filed her Complaint. The subject accident allegedly occurred on April 19, 2021, at a Walmart store located in Orange County, California.

4.      Walmart, Inc. is incorporated in Delaware with its principal place of business in the State of Arkansas.

5.      Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings and documents filed and served to date on Defendant in this action are attached hereto, collectively, as **Exhibit A.**

**DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, 1446 (DIVERSITY)**

6.      The Complaint was served on Defendant Walmart, Inc. on May 4, 2022. This Notice of Removal is thus timely pursuant to 28 U.S.C. § 1446(b) because it is being made within thirty (30) days after service of the initial Complaint on Defendant Walmart, Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on July 29, 2022

_____
David Davidson, Declarant

**DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, 1446 (DIVERSITY)**

# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
07/01/2022
CT Log Number 541850754

## Service of Process Transmittal Summary

**TO:**     KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:**     **Process Served in California**

**FOR:**    WALMART INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: GONZALEZ MICHELLE // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Notice, Attachment(s), Proof(s) |
| **COURT/AGENCY:** | Alameda County, Superior Court of California, CA<br>Case # 22CV011826 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 08/22/2020 - 15555 Hesperian Blvd., San Leandro, California |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 07/01/2022 at 12:22 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S)/SENDER(S):** | Daniel Setareh<br>Setareh Law, APLC<br>8665 Wilshire Blvd., Suite 302<br>Beverly Hills, CA 90211<br>310-659-1826 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/02/2022, Expected Purge Date: 07/12/2022<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

 WALMART, INC. and DOES 1 to 10 Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MICHELLE GONZALEZ

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California
County of Alameda
**05/26/2022**
Chad Finke, Executive Officer / Clerk of the Court
By: _____ X. Bowie _____ , **Deputy**

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

 You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

 There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

 *¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

 *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

 *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es)*  Alameda County Superior Court

George E. McDonald, Hall of Justice
2233 Shore Line Drive, Alameda, CA 94501

CASE NUMBER:
*(Número del Caso):*
**22CV011826**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
 Daniel Setareh, Esq. (251448) - 8665 Wilshire Blvd., #302, Beverly Hills, CA, 90211; 310-659-1826

| DATE:<br>*(Fecha)* 05/26/2022 | Chad Finke, Executive Officer / Clerk of the Court | Clerk, by<br>*(Secretaria)* _____ X. Bowie _____ | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):*  WALMART INC

 under: ☒ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
 ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
 ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)

 ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]
**SUMMONS**
Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

PLD-PI-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Daniel Setareh, Esq. [SBN 251448], Dario C. Gomez, Esq. [SBN 322521]<br>SETAREH LAW, APLC<br>8665 Wilshire Blvd., Suite 302<br>Beverly Hills, CA 90211<br>TELEPHONE NO.: 310-659-1826   FAX NO. *(Optional):* 310-507-7909<br>E-MAIL ADDRESS *(Optional):* daniel@setarehfirm.com, dario@setarehfirm.com<br>ATTORNEY FOR *(Name):* Plaintiff, MICHELLE GONZALEZ | **FOR COURT USE ONLY**<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Alameda<br>05/26/2022 at 11:01:08 AM<br>By: Xian-xii Bowie, Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ALAMEDA
STREET ADDRESS: 2233 SHORE LINE DRIVE
MAILING ADDRESS:
CITY AND ZIP CODE: ALAMEDA, CALIFORNIA 94501
BRANCH NAME: GEROGE E. McDONALD HALL OF JUSTER

PLAINTIFF: MICHELLE GONZALEZ

DEFENDANT: WALMART, INC. and

[✓] DOES 1 TO 10    Inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number):*
Type *(check all that apply):*
[ ] MOTOR VEHICLE    [✓] OTHER *(specify):* Prem. Liab./Gen. Neg.
[ ] Property Damage    [ ] Wrongful Death
[✓] Personal Injury    [ ] Other Damages *(specify):*

**Jurisdiction** *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded    [ ] does not exceed $10,000
                      [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:

22CV011826

1. **Plaintiff** *(name or names):* MICHELLE GONZALEZ
   alleges causes of action against **defendant** *(name or names):*
   WALMART, INC. AND DOES 1 TO 10 INCLUSIVE
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] **except plaintiff** *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] **except plaintiff** *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| CRAWFORD vs. WALMART, INC., et al. | |

4. ☐ **Plaintiff** (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant (name):  WALMART, INC.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-10_____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1-10_____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because (specify):

**COMPLAINT—Personal Injury, Property**
**Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| CRAWFORD vs. WALMART, INC., et al. | |

10.  The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other *(specify):*

11.  Plaintiff has suffered
   a. ☑ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☑ loss of earning capacity
   g. ☑ other damage *(specify):*

   Personal Injury, pain, suffering, emotional distress, inconvenience, physical impairment, Prejudgment interest and other non-pecuniary damages.

12.  ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13.  The relief sought in this complaint is within the jurisdiction of this court.

14.  **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15.  ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
   3,5,6,8,10,11

Date: MAY 26, 2022

DANIEL SETAREH, ESQ.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

**PLD-PI-001(4)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| GONZALEZ vs. WALMART, INC., et al. | |

First _____    **CAUSE OF ACTION—Premises Liability**    Page ___ 4 ___
    (number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* MICHELLE GONZALEZ
    alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
    On *(date):* AUGUST 22, 2020     plaintiff was injured on the following premises in the following
    fashion *(description of premises and circumstances of injury):*

On August 22, 2020, Plaintiff was a patron at Walmart, located at, 15555 Hesperian Blvd., San Leandro, California  Plaintiff  slipped and fell on a slippery substance which existed on the floor. Defendant negligently, carelessly owned, developed, operated, managed, designed, inspected, services, repaired and maintained the premises so as to prevent, remediate or to other guests on the premises.

Prem.L-2.   ☑  **Count One—Negligence** The defendants who negligently owned, maintained, managed and
    operated the described premises were *(names):*
    WALMART, INC. AND

    ☑ Does 1 _____ to 10 _____

Prem.L-3.   ☐  **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
    or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
    *(names):*

    ☐ Does _____ to _____
    Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

Prem.L-4.   ☐  **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
    on which a dangerous condition existed were *(names):*

    ☐ Does _____ to _____
    a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the
        dangerous condition in sufficient time prior to the injury to have corrected it.
    b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☑  **Allegations about Other Defendants** The defendants who were the agents and employees of the
    other defendants and acted within the scope of the agency were *(names):*

    ☑ Does 1 _____ to 10 _____

    b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
        ☐ described in attachment Prem.L-5.b ☐ as follows *(names):*

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
    **CAUSE OF ACTION—Premises Liability**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE:<br>GONZALEZ vs. WALMART, INC., et al. | CASE NUMBER: |
|---|---|

Second _____ **CAUSE OF ACTION—General Negligence**    Page ___5___
     (number)

ATTACHMENT TO  ☑ Complaint  ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  MICHELLE GONZALEZ

alleges that defendant *(name):*  WALMART, INC. AND

         ☑ Does  1_____  to  10_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):*  AUGUST 22, 2020
at *(place):*  WALMART, 15555 HESPERIAN BLVD., SAN LEANDRO, CA.

*(description of reasons for liability):*

On August 22, 2020, Plaintiff was a patron at Walmart, 15555 Hesperian Blvd., San Leandro,
California.  Plaintiff  slipped and fell on a slippery substance which existed on the floor.
Defendant negligently, carelessly owned, developed, operated, managed, designed, inspected,
services, repaired and maintained the premises so as to prevent, remediate or to other guests on
the premises.

Plaintiff alleges that Defendant negligently, carelessly, recklessly and unlawfully owned,
developed, operated, managed, designed, inspected, services, repaired and maintained the
premises so as to prevent, remediate or to otherwise correct a dangerous condition on the
premises making the premises unsafe for Plaintiff and for other patrons on the premises. These
failures, acts and omissions were inherently dangerous and created a peculiar risk, nuisance and
trap. Sufficient time passed from the moment the dangerous conditions were created such that the
Defendants Walmart, Inc., and DOES 1 through 10, inclusive, knew or should have known a
dangerous condition was created and such that it had sufficient time to have remedied or warned
against the dangerous condition.  Plaintiff's slip and fall was foreseeable to the Defendants
Walmart, Inc., and DOES 1 through 10, inclusive, and, yet, they failed to warn guests.

As a result of such negligence, Plaintiff was injured in her health, strength, activity, and everyday
well being. Plaintiff sustained injuries to her mind, and body, shock and injury to her nervous
system and great physical, mental and nervous pain and suffering, and of which said injuries have
caused, and continue to cause Plaintiff to suffer damages including, but not limited to, loss of
quality of life, in an amount to be determined according to proof at trial.

Page 1 of 1

| SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br><br>Administration Building, 1221 Oak Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>**05/26/2022**<br>Chad Finke , Executive Officer / Clerk of the Court<br>By: ⟶ Deputy<br>X. Bowie |
| PLAINTIFF(S):<br>Michelle Gonzalez | |
| DEFENDANT(S):<br>Walmart, Inc. | |
| **NOTICE OF CASE ASSIGNMENT** | CASE NUMBER:<br>22CV011826 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:

| | |
|---|---|
| ASSIGNED JUDGE: | Tara Desautels |
| DEPARTMENT: | 16 |
| LOCATION: | Rene C. Davidson Courthouse |
| | Administration Building, 1221 Oak Street, Oakland, CA 94612 |
| PHONE NUMBER: | (510) 267-6932 |
| FAX NUMBER: | |
| EMAIL ADDRESS: | Dept16@alameda.courts.ca.gov |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

Please note: In this case, any challenge pursuant to Code of Civil Procedures section 170.6 must be exercised within the time period by law. (See Code of Civ. Proc. §§ 170.6, subd. (a.)(2) and 101.3)

NOTICE OF NONAVAILABILITY OF COURT REPORTERS: Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate).  Parties may arrange and pay for the attendance of a certified shorthand reporter.  In limited jurisdiction cases, parties may request electronic recording.  Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available.  For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

GENERAL PROCEDURES

Following assignment of a civil case to a specific department, all pleadings, papers, forms, documents and writings can be submitted for filing at either Civil Clerk's Office, located at the Rene C. Davidson Courthouse, Room 109, 1225 Fallon Street, Oakland, California, 94612, and the Hayward Hall of Justice, 24405 Amador Street, Hayward, California, 94544 and through Civil e-filing.  Information regarding Civil e-filing can be found on the courts website. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

**ASSIGNED FOR ALL PURPOSES TO**
JUDGE Tara Desautels
DEPARTMENT 16

All parties are expected to know and comply with the Local Rules of this Court, which are available on the court's website at http://www.alameda.courts.ca.gov/Pages.aspx/Local-Rules(1) and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processed (ADR) prior to the Initial Case Management Conference. The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days." The court's website contains this form and other ADR information. If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

COURT RESERVATIONS

The use of the Court Reservation System (CRS) is now mandated in many civil courtrooms within the Alameda County Superior Court. Instead of calling or emailing the courtroom to make a reservation, parties with a case assigned to a courtroom using CRS are directed to utilize CRS to make and manage their own reservations, within parameters set by the courtrooms. CRS is available 24 hours a day, seven days a week and reservations can be made from a computer or smart phone. Please note, you are prohibited from reserving more than one hearing date for the same motion.

Prior to scheduling any motion on CRS, including any Applications for Orders for Appearance and Examination, or continuing any motion, please review the online information (if any) for the courtroom in which you are reserving. There may be specific and important conditions associated with certain motions and proceedings. Information is available on the court's eCourt Public Portal at www.eportal.alameda.courts.ca.gov.

Chad Finke, Executive Officer / Clerk of the Court

By

X. Bowie, Deputy Clerk

CIV-050

### *- DO NOT FILE WITH THE COURT-*
### *-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -*

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*<br>Daniel Setareh, Esq. [SBN 251448]<br>SETAREH LAW, APLC<br>8665 Wilshire Blvd., Suite 302<br>Beverly Hills, CA 90211<br>ATTORNEY FOR *(name):* Plaintiff, MICHELLE GONZALEZ<br>TELEPHONE NO.: 310-659-1826 | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ALAMEDA-OAKLAND
STREET ADDRESS: 1221 OAK STREET
MAILING ADDRESS:
CITY AND ZIP CODE: OAKLAND, CALIFORNIA 94612
BRANCH NAME: RENE C. DAVIDSON COURTHOUSE

PLAINTIFF: MICHELLE GONZALEZ
DEFENDANT: WALMART, INC., et al.

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>22CV011826 |
|---|---|

To *(name of one defendant only):* MICHELLE GONZALEZ
Plaintiff *(name of one plaintiff only):* WALMART, INC.
seeks damages in the above-entitled action, as follows:

**1. General damages**

| | | AMOUNT |
|---|---|---|
| a. ☑ | Pain, suffering, and inconvenience | $ 1,500,000.00 |
| b. ☑ | Emotional distress. | $ 1,500,000.00 |
| c. ☐ | Loss of consortium | $ |
| d. ☐ | Loss of society and companionship *(wrongful death actions only)* | $ |
| e. ☐ | Other *(specify)* | $ |
| f. ☐ | Other *(specify)* | $ |
| g. ☐ | Continued on Attachment 1.g. | |

**2. Special damages**

| | | |
|---|---|---|
| a. ☑ | Medical expenses *(to date)* | $ 22,479.92 |
| b. ☑ | Future medical expenses *(present value)* | $ 250,000.00 |
| c. ☐ | Loss of earnings *(to date)* | $ |
| d. ☐ | Loss of future earning capacity *(present value)* | $ |
| e. ☐ | Property damage | $ |
| f. ☐ | Funeral expenses *(wrongful death actions only)* | $ |
| g. ☐ | Future contributions *(present value) (wrongful death actions only)* | $ |
| h. ☐ | Value of personal service, advice, or training *(wrongful death actions only)* | $ |
| i. ☑ | Other *(specify)*  Costs and such other and further damages the court deems fair. | $ 1,000.00 |
| j. ☐ | Other *(specify)* | $ |
| k. ☐ | Continued on Attachment 2.k. | |

**3. ☐  Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)..* $
when pursuing a judgment in the suit filed against you.

Date:  JUNE 27, 2022

Daniel Setareh, Esq.
_____
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
*www.courtinfo.ca.gov*

CIV-050

| PLAINTIFF: MICHELLE GONZALEZ<br>DEFENDANT: WALMART, INC., et al. | CASE NUMBER:<br>22CV011826 |

## PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages ☐ Other *(specify):*

   b. on *(name):*
   c. by serving ☐ defendant ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery ☐ at home ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

Date:

▶ _____
(SIGNATURE)

▶ _____
(SIGNATURE)

**CERTIFICATE OF SERVICE**

*Michelle Gonzalez v. Walmart, Inc.*
O'Hagan Meyer File No.: *pending*

I am over the age of eighteen years and not a party to the within action.  I am employed by O'HAGAN MEYER LLP, whose business address is 3200 Park Center Drive, Suite 700, Costa Mesa, CA 92626.

On **July 29, 2022**, I served the within document(s) described as:

**DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, 1446 (DIVERSITY) AND DECLARATION OF DAVID DAVIDSON, ESQ; EXHIBIT A**

on the parties in said action as follows:

☒     **BY ELECTRONIC TRANSMISSION:** I served <u>electronically via email per Section 1010.6 of the Code of Civil Procedure</u> the above-referenced document(s) to the persons and e-mails address(es) indicated on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒     **BY ELECTRONIC TRANSMISSION:** The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

☒     (FEDERAL) I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **July 29, 2022,** at Los Angeles, California.

*/s/ Amber Gurzenski*
Amber Gurzenski

1
**CERTIFICATE OF SERVICE**

## SERVICE LIST

| Daniel Setareh, Esq.<br>Dario C. Gomez, Esq.<br>**Setareh Law APLC**<br>8665 Wilshire Blvd., Suite 302<br>Beverly Hills, CA 90211<br>Tel: 310-659-1826<br>daniel@setarehfirm.com<br>dario@setarehfirm.com | Attorney for Plaintiff<br>Michelle Gonzalez |
|---|---|

**CERTIFICATE OF SERVICE**