# EXHIBIT A
## To Notice of Removal

<a>
</a>
Case 3:22-cv-04393-SK   Document 1-1   Filed 07/29/22   Page 2 of 12



**CT Corporation**
**Service of Process Notification**
07/01/2022
CT Log Number 541850754

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** Process Served in California

**FOR:** WALMART INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: GONZALEZ MICHELLE // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Notice, Attachment(s), Proof(s) |
| **COURT/AGENCY:** | Alameda County, Superior Court of California, CA<br>Case # 22CV011826 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 08/22/2020 - 15555 Hesperian Blvd., San Leandro, California |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 07/01/2022 at 12:22 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S)/SENDER(S):** | Daniel Setareh<br>Setareh Law, APLC<br>8665 Wilshire Blvd., Suite 302<br>Beverly Hills, CA 90211<br>310-659-1826 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/02/2022, Expected Purge Date: 07/12/2022<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
WALMART, INC. and DOES 1 to 10 Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MICHELLE GONZALEZ

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California
County of Alameda
05/26/2022
Chad Finke, Executive Officer / Clerk of the Court
By: X. Bowie, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: Alameda County Superior Court
*(El nombre y dirección de la corte es):*
George E. McDonald, Hall of Justice
2233 Shore Line Drive, Alameda, CA 94501

**CASE NUMBER:**
*(Número del Caso):*
22CV011826

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel Setareh, Esq. (251448) - 8665 Wilshire Blvd., #302, Beverly Hills, CA, 90211; 310-659-1826

DATE: 05/26/2022  Chad Finke, Executive Officer / Clerk of the Court   Clerk, by X. Bowie, Deputy
*(Fecha)*  *(Secretario)*  *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* WALMART INC
   under: ☒ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Daniel Setareh, Esq. [SBN 251448], Dario C. Gomez, Esq. [SBN 322521] <br> SETAREH LAW, APLC <br> 8665 Wilshire Blvd., Suite 302 <br> Beverly Hills, CA 90211 <br> TELEPHONE NO: 310-659-1826   FAX NO. *(Optional)*: 310-507-7909 <br> E-MAIL ADDRESS *(Optional)*: daniel@setarehfirm.com, dario@setarehfirm.com <br> ATTORNEY FOR *(Name)*: Plaintiff, MICHELLE GONZALEZ | FOR COURT USE ONLY <br><br> **ELECTRONICALLY FILED** <br> Superior Court of California, <br> County of Alameda <br> 05/26/2022 at 11:01:08 AM <br> By: Xian-xii Bowie, Deputy Clerk |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA <br> STREET ADDRESS: 2233 SHORE LINE DRIVE <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: ALAMEDA, CALIFORNIA 94501 <br> BRANCH NAME: GEROGE E. McDONALD HALL OF JUSTER | |
| PLAINTIFF: MICHELLE GONZALEZ <br><br> DEFENDANT: WALMART, INC. and <br><br> [✓] DOES 1 TO 10 Inclusive | |
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** <br> [ ] AMENDED *(Number)*: <br> Type *(check all that apply)*: <br> [ ] MOTOR VEHICLE  [✓] OTHER *(specify)*: Prem. Liab./Gen. Neg. <br> [ ] Property Damage   [ ] Wrongful Death <br> [✓] Personal Injury    [ ] Other Damages *(specify)*: | |
| Jurisdiction *(check all that apply)*: <br> [ ] ACTION IS A LIMITED CIVIL CASE <br>     Amount demanded [ ] does not exceed $10,000 <br>                    [ ] exceeds $10,000, but does not exceed $25,000 <br> [✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000) <br> [ ] ACTION IS RECLASSIFIED by this amended complaint <br>     [ ] from limited to unlimited <br>     [ ] from unlimited to limited | CASE NUMBER: <br><br> 22CV011826 |

1. **Plaintiff** *(name or names)*: MICHELLE GONZALEZ
   alleges causes of action against **defendant** *(name or names)*:
   WALMART, INC. AND DOES 1 TO 10 INCLUSIVE
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

PLD-PI-001

| SHORT TITLE: CRAWFORD vs. WALMART, INC., et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): WALMART, INC.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-10 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1-10 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: CRAWFORD vs. WALMART, INC., et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☑ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☑ loss of earning capacity
    g. ☑ other damage *(specify):*
       Personal Injury, pain, suffering, emotional distress, inconvenience, physical impairment, Prejudgment interest and other non-pecuniary damages.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
    3,5,6,8,10,11

Date: MAY 26, 2022

DANIEL SETAREH, ESQ.
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   COMPLAINT—Personal Injury, Property Damage, Wrongful Death   Page 3 of 3

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| GONZALEZ vs. WALMART, INC., et al. | |

First _____ **CAUSE OF ACTION—Premises Liability**  Page __4__
  (number)

ATTACHMENT TO  [✓] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1. Plaintiff** *(name):* MICHELLE GONZALEZ
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* AUGUST 22, 2020   plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*

On August 22, 2020, Plaintiff was a patron at Walmart, located at, 15555 Hesperian Blvd., San Leandro, California Plaintiff slipped and fell on a slippery substance which existed on the floor. Defendant negligently, carelessly owned, developed, operated, managed, designed, inspected, services, repaired and maintained the premises so as to prevent, remediate or to other guests on the premises.

**Prem.L-2.** [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
WALMART, INC. AND

[✓] Does  1  to  10

**Prem.L-3.** [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[ ] Does _____ to _____

Plaintiff, a recreational user, was  [ ] an invited guest  [ ] a paying guest.

**Prem.L-4.** [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[ ] Does _____ to _____

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

**Prem.L-5.** a. [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

[✓] Does  1  to  10

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b  [ ] as follows *(names):*

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
**CAUSE OF ACTION—Premises Liability**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: GONZALEZ vs. WALMART, INC., et al. | CASE NUMBER: |
|---|---|

<u>Second</u>     **CAUSE OF ACTION—General Negligence**    Page <u>5</u>
(number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* MICHELLE GONZALEZ

alleges that defendant *(name):* WALMART, INC. AND

☑ Does 1 to 10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* AUGUST 22, 2020
at *(place):* WALMART, 15555 HESPERIAN BLVD., SAN LEANDRO, CA.

*(description of reasons for liability):*

On August 22, 2020, Plaintiff was a patron at Walmart, 15555 Hesperian Blvd., San Leandro, California. Plaintiff slipped and fell on a slippery substance which existed on the floor. Defendant negligently, carelessly owned, developed, operated, managed, designed, inspected, services, repaired and maintained the premises so as to prevent, remediate or to other guests on the premises.

Plaintiff alleges that Defendant negligently, carelessly, recklessly and unlawfully owned, developed, operated, managed, designed, inspected, services, repaired and maintained the premises so as to prevent, remediate or to otherwise correct a dangerous condition on the premises making the premises unsafe for Plaintiff and for other patrons on the premises. These failures, acts and omissions were inherently dangerous and created a peculiar risk, nuisance and trap. Sufficient time passed from the moment the dangerous conditions were created such that the Defendants Walmart, Inc., and DOES 1 through 10, inclusive, knew or should have known a dangerous condition was created and such that it had sufficient time to have remedied or warned against the dangerous condition. Plaintiff's slip and fall was foreseeable to the Defendants Walmart, Inc., and DOES 1 through 10, inclusive, and, yet, they failed to warn guests.

As a result of such negligence, Plaintiff was injured in her health, strength, activity, and everyday well being. Plaintiff sustained injuries to her mind, and body, shock and injury to her nervous system and great physical, mental and nervous pain and suffering, and of which said injuries have caused, and continue to cause Plaintiff to suffer damages including, but not limited to, loss of quality of life, in an amount to be determined according to proof at trial.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>Administration Building, 1221 Oak Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>05/26/2022<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: _____ Deputy<br>X. Bowie |
| PLAINTIFF(S):<br>Michelle Gonzalez | |
| DEFENDANT(S):<br>Walmart, Inc. | |
| **NOTICE OF CASE ASSIGNMENT** | CASE NUMBER:<br>22CV011826 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:

ASSIGNED JUDGE: Tara Desautels
DEPARTMENT: 16
LOCATION: Rene C. Davidson Courthouse
Administration Building, 1221 Oak Street, Oakland, CA 94612
PHONE NUMBER: (510) 267-6932
FAX NUMBER:
EMAIL ADDRESS: Dept16@alameda.courts.ca.gov

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

Please note: In this case, any challenge pursuant to Code of Civil Procedures section 170.6 must be exercised within the time period by law. (See Code of Civ. Proc. §§ 170.6, subd. (a.)(2) and 101.3)

NOTICE OF NONAVAILABILITY OF COURT REPORTERS: Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording. Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

GENERAL PROCEDURES

Following assignment of a civil case to a specific department, all pleadings, papers, forms, documents and writings can be submitted for filing at either Civil Clerk's Office, located at the Rene C. Davidson Courthouse, Room 109, 1225 Fallon Street, Oakland, California, 94612, and the Hayward Hall of Justice, 24405 Amador Street, Hayward, California, 94544 and through Civil e-filing. Information regarding Civil e-filing can be found on the courts website. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE  Tara Desautels
DEPARTMENT  16

All parties are expected to know and comply with the Local Rules of this Court, which are available on the court's website at http://www.alameda.courts.ca.gov/Pages.aspx/Local-Rules(1) and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processed (ADR) prior to the Initial Case Management Conference. The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days." The court's website contains this form and other ADR information. If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

COURT RESERVATIONS

The use of the Court Reservation System (CRS) is now mandated in many civil courtrooms within the Alameda County Superior Court. Instead of calling or emailing the courtroom to make a reservation, parties with a case assigned to a courtroom using CRS are directed to utilize CRS to make and manage their own reservations, within parameters set by the courtrooms. CRS is available 24 hours a day, seven days a week and reservations can be made from a computer or smart phone. Please note, you are prohibited from reserving more than one hearing date for the same motion.

Prior to scheduling any motion on CRS, including any Applications for Orders for Appearance and Examination, or continuing any motion, please review the online information (if any) for the courtroom in which you are reserving. There may be specific and important conditions associated with certain motions and proceedings. Information is available on the court's eCourt Public Portal at www.eportal.alameda.courts.ca.gov.

Chad Finke, Executive Officer / Clerk of the Court

By

X. Bowie, Deputy Clerk

| | |
|---|---|
| - DO NOT FILE WITH THE COURT-<br>-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 - | CIV-050 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br>Daniel Setareh, Esq. [SBN 251448]<br>SETAREH LAW, APLC<br>8665 Wilshire Blvd., Suite 302<br>Beverly Hills, CA 90211<br>ATTORNEY FOR (name): Plaintiff, MICHELLE GONZALEZ | TELEPHONE NO.:<br>310-659-1826 | FOR COURT USE ONLY |
|---|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA-OAKLAND<br>STREET ADDRESS: 1221 OAK STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: OAKLAND, CALIFORNIA 94612<br>BRANCH NAME: RENE C. DAVIDSON COURTHOUSE | | |
| PLAINTIFF: MICHELLE GONZALEZ<br>DEFENDANT: WALMART, INC., et al. | | |
| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>22CV011826 | |

To (name of one defendant only): MICHELLE GONZALEZ
Plaintiff (name of one plaintiff only): WALMART, INC.
seeks damages in the above-entitled action, as follows:

**1. General damages**

AMOUNT

a. [✓] Pain, suffering, and inconvenience ........................................................... $ 1,500,000.00

b. [✓] Emotional distress. ........................................................................ $ 1,500,000.00

c. [ ] Loss of consortium .......................................................................... $ _____

d. [ ] Loss of sociey and companionship (wrongful death actions only) ........................... $ _____

e. [ ] Other (specify) ............................................................................ $ _____

f. [ ] Other (specify) ............................................................................ $ _____

g. [ ] Continued on Attachment 1.g.

**2. Special damages**

a. [✓] Medical expenses (to date) ................................................................ $ 22,479.92

b. [✓] Future medical expenses (present value) .................................................. $ 250,000.00

c. [ ] Loss of earnings (to date) ................................................................ $ _____

d. [ ] Loss of future earning capacity (present value) ........................................... $ _____

e. [ ] Property damage ........................................................................... $ _____

f. [ ] Funeral expenses (wrongful death actions only) ............................................ $ _____

g. [ ] Future contributions (present value) (wrongful death actions only) ........................ $ _____

h. [ ] Value of personal service, advice, or training (wrongful death actions only) .............. $ _____

i. [✓] Other (specify) Costs and such other and further damages the court deems fair. ........... $ 1,000.00

j. [ ] Other (specify) ............................................................................ $ _____

k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ _____
when pursuing a judgment in the suit filed against you.

Date: JUNE 27, 2022

Daniel Setareh, Esq.
(TYPE OR PRINT NAME)                              (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)                                                       Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-050 [Rev. January 1, 2007] | STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | Code of Civil Procedure, §§ 425.11, 425.115<br>www.courtinfo.ca.gov |
|---|---|---|

CIV-050

| PLAINTIFF: MICHELLE GONZALEZ | CASE NUMBER: |
|---|---|
| DEFENDANT: WALMART, INC., et al. | 22CV011826 |

**PROOF OF SERVICE**
*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages  ☐ Other *(specify):*

   b. on *(name):*
   c. by serving ☐ defendant  ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery  ☐ at home  ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.
3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

▶ _____
(SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.
Date:

▶ _____
(SIGNATURE)

CIV-050 [Rev. January 1, 2007]   **PROOF OF SERVICE (Statement of Damages)**   Page 2 of 2
Code of Civil Procedure §§ 425.11, 425.115